PREET BHARARA
United States Attorney for the
Southern District of New York
By: JEFFREY K. POWELL
    CHRISTOPHER B. HARWOOD
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York  10007
Telephone: (212) 637-2706/2728
E-mail:   Jeffrey.Powell@usdoj.gov
          Christopher.Harwood@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA *et al. ex rel.* RASVINDER DHALIWAL,<br><br>                    Plaintiffs,<br><br>           v.<br><br>SALIX PHARMACEUTICALS, LTD.,<br><br>                    Defendant. | 15 Civ. 706 (DLC) |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff-Intervenor,<br><br>           v.<br><br>SALIX PHARMACEUTICALS, INC.,<br><br>                    Defendant. | |

**UNITED STATES' NOTICE OF ELECTION TO PARTIALLY INTERVENE**

Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States of America notifies the Court of its intention to partially intervene and proceed with this action

against defendant Salix Pharmaceuticals, Inc. a/k/a Salix Pharmaceuticals, Ltd. ("Salix"), with respect to allegations that (i) from January 2009 through December 2013 ("Covered Period"), Salix knowingly offered and paid remuneration, including honoraria payments and meals, to physicians and other health care professionals who spoke at or attended speaker programs to induce them to recommend, promote, and prescribe certain Salix drugs and medical devices — specifically, Xifaxan, Apriso, Relistor, MoviPrep, OsmoPrep, Solesta, and Deflux ("Covered Products") — in violation of the Federal Anti-Kickback Statute, 42 U.S.C. § 1320a-7b; and (ii) as a result of the foregoing conduct, Salix knowingly submitted or caused to be submitted false claims for the Covered Products to, or caused purchases of the Covered Products by, Medicaid, Medicare, TRICARE, and the Department of Veteran Affairs, in violation of the False Claims Act, 31 U.S.C. §§ 3729 *et seq.*

The United States of America further notifies the Court of its decision not to intervene with respect to allegations that Salix engaged in off-label marketing of Xifaxan, Apriso, and Relistor. A proposed order accompanies this notice.

Dated:    New York, New York
          June 2, 2016

                                        PREET BHARARA
                                        United States Attorney for the
                                        Southern District of New York
                                        Attorney for the United States

          BY:    _/s/ Jeffrey Powell_
                 JEFFREY K. POWELL
                 CHRISTOPHER B. HARWOOD
                 Assistant United States Attorneys
                 86 Chambers Street, Third Floor
                 New York, New York 10007
                 Telephone: (212) 637-2706/2728
                 E-mail:    Jeffrey.Powell@usdoj.gov
                            Christopher.Harwood@usdoj.gov