UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                        :
RASVINDER DHALIWAL,                     :    15cv706 (DLC)(AJP)
                                        :
                          Plaintiff,    :    ORDER
                                        :
              -v-                       :
                                        :
SALIX PHARMACEUTICALS, LTD.,            :
                                        :
                          Defendant.    :
                                        :
---------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/5/2019

DENISE COTE, District Judge:

   It having come to the Court's attention that plaintiff's counsel, Herrick, Feinstein LLP, intends to file an application to withdraw as counsel, it is hereby

   ORDERED that plaintiff's counsel shall file any application to withdraw pursuant to S.D.N.Y. Local Rule 1.4 by **April 5, 2019**. Any application shall indicate whether it is submitted with or without plaintiff's consent.

   IT IS FURTHER ORDERED that, in the event any application to withdraw as counsel is granted, plaintiff shall advise the Court by **April 19** whether she has retained new counsel in this case. Any new counsel shall file a notice of appearance on ECF by **April 19**.

   IT IS FURTHER ORDERED that the deadlines set forth in the Order dated March 12 are adjourned as follows:

- The parties shall schedule mediation to occur between **May 17** and **June 14, 2019**.
- To the extent the parties intend to submit supplementary briefing described in the March 12 Order, Salix's opening brief is due **July 5, 2019**. Plaintiff's response is due **July 19**. Any reply is due **July 26**.

IT IS FURTHER ORDERED that, in the event plaintiff elects to proceed without counsel, plaintiff must mail all communications with the Court to the Pro Se Intake Unit located at 40 Foley Square, Room 105, New York, New York, 10007. The telephone number for the Pro Se Intake Unit is (212) 805-0175. A pro se party may not send any document or filing directly to Chambers. Submissions requiring immediate attention should be hand-delivered to the Pro Se Intake Unit. Unless the Court orders otherwise, all communications with the Court will be docketed upon receipt; such docketing shall constitute service on any user of the ECF system. If any other party is not a user of the ECF system (e.g. if there is another pro se party in the case), a pro se party must send copies of any filing to the party and include proof of service affirming that he or she has done so. Copies of correspondence between a pro se and opposing parties shall not be sent to the Court.

IT IS FURTHER ORDERED that, if the plaintiff elects to proceed without counsel, plaintiff shall complete a Notice of Appearance form and submit it by mail to the Pro Se Office at 40 Foley Square, Room 105, New York, NY 10007 by **May 3, 2019**. You may obtain a Notice of Appearance form by contacting the Pro Se Intake Unit or by visiting the Pro Se page of the Court's website and selecting "Forms, Instructions, & Manuals": www.nysd.uscourts.gov/forms.php?f=p. The completed form must attach affirmations of service certifying that copies of the completed Notice of Appearance form have been sent to the defendant (if they are appearing pro se) or the defendant's attorneys (if they are represented by counsel). Failure to submit a Notice of Appearance and proof of service by **May 3** may result in entry of a default judgment against the plaintiff.

IT IS FURTHER ORDERED that, if the plaintiff elects to proceed without counsel, the Court wishes to advise the plaintiff of a new legal clinic (the "Clinic") that recently opened in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit). The Clinic is located in the Thurgood

3

Marshall United States Courthouse, 40 Foley Square, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. An unrepresented party can make an appointment in person or by calling 212-659-6190.

IT IS FURTHER ORDERED that plaintiff's counsel, Herrick, Feinstein LLP, shall serve this Order on the plaintiff.

SO ORDERED:

Dated:   New York, New York
         April 4, 2019

                                    _____
                                          DENISE COTE
                                    United States District Judge

4